# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker	Douglas E. Cressler
Clerk of Court	Chief Deputy Clerk

April 16, 2013

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:	11-1149, Peterson v. Garcia, et al**
Dist/Ag docket: 1:10-CV-00059-WDM-MEH

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:	Matt Bower
	Jonathan Lee Diesenhaus
	Robert Dowlut
	Matthew D. Grove
	Alan Gura
	Andrea J. Kershner
	John Monroe
	S. Chartey Quarcoo
	Mikolaj T. Tempski

    Daniel R. Vice
    Robert Wolf

EAS/kf